UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| NATALIE ISENSEE, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:22-cv-370 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| AMPLITY INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Presently before the Court is Plaintiff Natalie Isensee's request for an extension of discovery. The Court **GRANTS** Plaintiff's request to extend the discovery deadline until April 1, 2024. The deadline for filing motions for summary judgment shall be April 1, 2024. No other deadlines or dates shall be changed.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, February 22, 2024.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE