IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| NATALIE ISENSEE, | : | CASE NO. 3:22-CV-370 |
| PLAINTIFF, | : | JUDGE THOMAS M. ROSE |
| V. | : | MAGISTRATE JUDGE: CAROLINE H. GENTRY |
| AMPLITY INC., | : | |
| DEFENDANT. | : | |

PLAINTIFF'S NOTICE OF PRE-FILING EVIDENCE IN SUPPORT OF PLAINTIFF'S FORTHCOMING MEMORANDUM CONTRA DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

_____

Please take notice that the below indicated evidence is being filed in this case in support of Plaintiff's Memorandum Contra Defendant's Motion for Summary Judgment.

DEPOSITIONS WITH EXHIBITS

1. Deposition Transcript of Karen McAndrews dated March 14, 2024

2. Karen McAndrews Deposition Exhibits 1 through 6

3. Deposition Transcript of Becky O'Loughlin dated March 19, 2024

4. Becky O'Loughlin Deposition Exhibit No. 4

Respectfully submitted,

*/s/ Jason P. Matthews*_____
Jason P. Matthews-0073144
Jason P. Matthews, LLC
130 West Second Street, Suite 924
Dayton, OH  45402
P. (937) 608-4368 F. 1-888-577-3589
Jason@daytonemploymentlawyers.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served upon the following by use of this Court's ECF filing system and served by ECF to all parties of record, this 18th day of April, 2024.

David A. Campbell, III
dcampbell@grsm.com

Andrea C. Hofer
ahofer@grsm.com

/s/ *Jason P. Matthews*
Jason P. Matthews