From: Team Amplity <TeamAmplity@amplity.com>
Sent: Tuesday, October 5, 2021 2:02 PM
To: DL_GN_ALL EMPLOYEES <all.employees@amplity.com>; DL_GN_ALL CONSULTANTS <all.consultants@amplity.com>
Subject: Amplity COVID Vaccination plan

Team,

Thank you for your responses to our brief survey on the COVID vaccination requirements. We heard from almost 500 of our colleagues globally. While our focus is on our US field teams, this gave us great insight to the thoughts and concerns of our global team. As expected, the results varied. While 70% of our team is in support of a vaccine requirement, 30% do not support. Of those 30%, many are vaccinated already but expressed concern about our company taking this stance.

That said, we maintain our belief that vaccination is the best precaution we can choose to engage safely and effectively with our clients and patients. We will move forward and require COVID vaccination for our **US field-based colleagues**. This is applicable to colleagues that engage in healthcare facilities and / or client facilities to perform the duties of their job. To support this requirement, we will ask colleagues to provide proof of vaccination unless the individual obtains an approved exemption to accommodate medical needs or sincerely held religious belief. **Colleagues that work 100% remote are not required to show proof of vaccination**. However, this is applicable to any colleague that will be required to participate in any in-person training or sales meetings.

Additionally, when we begin to engage in our **Langhorne, PA US office**, we will require either COVID vaccination or a negative COVID test within 72 hours of planned time in our office locations.

For our **UK office**, please continue to follow the guidelines in place which includes self-declaration and lateral flow testing prior to visiting the office.

For those in **Italy**, from October 15th you will be required to have and show your "green pass". We are currently working towards ensuring we have a process to carry out the relevant checks.

For our US colleagues, we will partner with our EAP provider Health Advocate to maintain vaccination records. We will provide instruction for how to upload vaccine cards in the coming weeks.

- Individuals who are fully vaccinated will be asked to upload their proof of vaccination by November 1, 2021. A colleague is considered "fully vaccinated" if at least 14 days have passed since the employee received the last dose.

- Individuals who are not fully vaccinated will be asked to upload their proof of vaccination by December 1, 2021. This provides 8 weeks to become fully vaccinated or receive approval for an accommodation.

- Any new employees will have 2 months after their hire date to become fully vaccinated or receive approval for an accommodation.

PLAINTIFF'S EXHIBIT 1

- After December 1, 2021, colleagues who have taken steps to comply with the policy but have not completed the vaccination process may have schedules changed or adjusted, and will be required to comply with appropriate protocols as adopted by Amplity or our clients.

- After December 1, 2021, colleagues who do not meet requirements of this policy as applicable to their role, will be placed on unpaid leave and their status will be evaluated periodically.

To confirm an employee has received a vaccination, colleagues must present written evidence of immunization from an authorized provider. When submitting proof of vaccination, colleagues will not be asked, and should NOT submit any personal medical information or family history. Our EAP provider Health Advocate will maintain confidentiality of any vaccination information provided.

To assist any employee who has a qualifying medical condition or objects to being vaccinated on the basis of a sincerely held religious belief or practice, we will engage in an interactive process to determine if a reasonable accommodation can be provided that does not create an undue hardship on our business and/or does not pose a direct threat to the health or safety of others in the workplace and/or to the colleague.

To request an exemption for bonafide medical or sincerely held religious reasons or to speak about implementing a workplace accommodation, please submit your request to humanresources@amplity.com. The Human Resources team will facilitate our engagement in the interactive process with you to identify a mutually acceptable accommodation outcome.

Many of our US clients have already communicated a vaccination requirement. We will continue to work with our clients on their vaccination requirements, protocols, and timelines as they arise.

We thank you in advance for your support.


Becky O'Loughlin

**Chief People Officer**

w: www.amplity.com
e: becky.oloughlin@amplity.com
p: (215) 205-1539



### Request for Religious Exemption Related to COVID-19 Vaccine

Amplity Health (hereinafter the "Company") is committed to providing equal employment opportunities without regard to any protected status and a work environment that is free of unlawful harassment, discrimination, and retaliation. As such, the Company is committed to complying with all laws protecting employees' religious beliefs and practices. When requested, the Company will provide an exemption/reasonable accommodation for employees' religious beliefs and practices which prohibit the employee from receiving a COVID-19 vaccine, provided the requested accommodation is reasonable and does not create an undue hardship for the Company or pose a direct threat to the health and/or safety of others in the workplace and/or to the requesting employee.

To request an Exemption related to the Company's COVID-19 vaccination policy, please complete this form and return it to Human Resources (humanresources@amplity.com). This information will be used by Human Resources or other Company officials to engage in an interactive process to determine eligibly for and to identify possible accommodations. If an employee refuses to provide such information, the employee's refusal may impact the Company's ability to adequately understand the employee's request or effectively engage in the interactive process to identify possible accommodations.

1


PLAINTIFF'S EXHIBIT 2



**Part 1 – To Be Completed by Employee:**

Name: Natalie Isensee

Date of Request: 10/7/21

Please explain why you are requesting an Exemption:

Religious beliefs. please see attached letter

In some cases, the Company will need to obtain additional information and/or documentation about your religious practice(s) or belief(s). We may need to discuss the nature of your religious belief(s), practice(s) and accommodation with your religion's spiritual leader (if applicable) or religious scholars to address your request for an exception.

**If requested, can you provide documentation to support your belief(s) and need for an accommodation?**

✓ Yes  _____ No

If no, please explain why:

**Verification and Accuracy:**

**I verify that the information I am submitting in support of my request for an accommodation is complete and accurate to the best of my knowledge, and I understand that any intentional misrepresentation contained in this request may result in disciplinary action.**

I also understand that my request for an accommodation may not be granted if it is not reasonable, if it poses a direct threat to the health and/or safety of others in the workplace and/or to me, or if it creates an undue hardship on the Company.

Signature: *Natalie Isensee*

Print Name: Natalie Isensee   Date: 10/7/21

2

# Vaccine Administration Religious Exemption Form

**Demand for Religious Exemption from Covid-19 Vaccination**

To whom it may concern,

Based on my understanding of Title VII of the Civil Rights Act, the Emergency Use Authorization Act, the First Amendment to the United States Constitution, and other federal and state laws, I choose to exercise my right to demand a religious exemption to the requirement that I be vaccinated using the Covid-19 shots. This demand for an exemption is based on my deeply held religious beliefs pursuant to my reliance on teachings in the Holy Bible.

The Bible says, "Therefore to him that knoweth to do good, and doeth *it* not, to him it is sin" (James 4:17 KJV). My personal convictions are inspired by my study and understanding of the Bible, and personally directed by the true and living God. I am personally convicted that I should not receive any of the three Covid-19 shots presently authorized by the FDA under the Emergency Use Authorization.

It is not my responsibility to force my personal religious convictions regarding this matter on other persons as I believe whether to receive a Covid-19 shot is personal decision to each person (Romans 14). Where scripture does not expressly instruct on a particular matter, I believe that I am required to search the Scripture myself for related truths (Romans 15:4) and to seek personal guidance from the Holy Spirit (Acts 2:38-39; Romans 8). If I fail to submit to the personal convictions that the Holy Spirit and Scripture has impressed upon me, I will be sinning against God. I have personally searched the Scripture and sought guidance from the Holy Spirit to come to my decision.

The Bible states that the body is the Temple of the Holy Spirit. We are commanded to take good care of it, not to defile it, and certainly not introduce something into it that could potentially harm it (1 Corinthians 3:16-17, 1 Corinthians 6:19-20, 2 Corinthians 5:10, and 2 Corinthians 7:1).

The Bible also outlines the fact that God created the body both "fearfully and wonderfully." (Psalm 139:13-16). The Covid-19 shots work as gene therapy. By manipulating genetic operations, the Covid-19 shots alter what God made (literally assuming the position of God), which I believe to be a sinful practice under these circumstances. These vaccines (by the very disclosure of the vaccine manufacturers) contain carcinogens, neurotoxins, animal viruses, animal blood, allergens, and heavy metals. As the Covid-19 shots are still in the experimental phase of study, I do not believe it would be right for me to introduce these substances into my body because they have not sufficiently been proven to me to be safe and effective. Rather, I believe they may be harmful to my body.

It is worthwhile to provide some context to these assertions by noting that COVID-19, being untreated, has a survivability rate of 99.98% under 50 years of age. Over 50, the survival rate is 99.5%. These are numbers provided by the CDC. This continues to lend credibility to the fact that it would be sinful to seek to undertake a superfluous procedure when the risk of death is substantially low. Therefore, based on guidance from the Holy Spirit and the Holy Bible, I cannot conscientiously take the Covid-19 shots under these circumstances.

Perhaps the most notably significant reason why the acceptance of these vaccines would be considered sinful centers around the fact that fetal stem cell lines from aborted babies were used in either the initial development and/or testing of the Covid-19 shots.[1] By receiving the Covid-19 shots presently available, I believe it would constitute a complicit action in the act of abortion. I believe that abortion is murder and is strictly prohibited in the Bible (Exodus 20:13; Psalm 139:13-16; Jeremiah 1:5; Isaiah 49:15). Psalm 127:3 says that "Children are a heritage from the LORD, offspring a reward from him." The fact that aborted stem cells were involved in the origination of the three Covid-19 shots make the consumption of this vaccine an unthinkable act to me.

In addition to the religious exemption demanded, I have the legal right to be exempted from the vaccine mandate based on Federal Food, Drug, and Cosmetic Act.

Some COVID-19 vaccines are merely authorized, not approved or licensed, by the federal government; they are Emergency Use Authorized (EUA) only. The Federal Food, Drug, and Cosmetic Act states that individuals to whom EUA products are administered must be informed—

> (I) that the Secretary has authorized the emergency use of the product;
>
> (II) of the significant known and potential benefits and risks of such use, and of the extent to which such benefits and risks are unknown; and
>
> (III) of the option **to accept or refuse administration** of the product, of the consequences, if any, of refusing administration of the product, and of the alternatives to the product that are available and of their benefits and risks.

Title 21 U.S.C. § 360bbb-3(e)(1)(A)(ii)(I-III).

Accordingly, the federal court held that the U.S. military could not mandate EUA vaccines to soldiers. *Doe #1 v. Rumsfeld*, 297 F.Supp.2d 119 (2003). The court held: "...the United States cannot demand that members of the armed forces also serve as guinea pigs for experimental drugs." *Id.* at 135. No court has ever upheld a mandate for an EUA vaccine, nor will they do so with the Covid-19 vaccine which has not been licensed or approved by the FDA.

In addition, young women are concerned that this vaccine may impact their ability to have children or affect an unborn child.

Date: 10/6/21

Signed: *Natalie Isensee*

Name (print): Natalie Isensee

Date: 9-12-2021

Pastor's Signature: *Darin Bolden* (optional)

Pastor (print): DARIN BOLDEN (optional)

---

[1] https://www.health.nd.gov/sites/www/files/documents/COVID%20Vaccine%20Page/COVID-19_Vaccine_Fetal_Cell_Handout.pdf; ;
https://ldh.la.gov/assets/oph/Center-PHCH/Center-PH/immunizations/You_Have_Qs_COVID-19_Vaccine_FAQ.pdf;
https://www.health.nd.gov/sites/www/files/documents/COVID%20Vaccine%20Page/COVID-19_Vaccine_Fetal_Cell_Handout.p

**From:** NATALIE ISENSEE <natalie.isensee@amplity.com>
**Sent:** Tuesday, November 23, 2021 4:19 PM
**To:** Karen McAndrews <karen.mcandrews@amplity.com>
**Subject:** Mandate

Karen,

I am writing to appeal your denial of my legal federal religious exemption. I am requesting that you reply within 72 hours and am requesting an explanation in writing on why my legal federal exemption was denied. I also want the name of the person who made this decision. If it was the exemption committee, please provide each committee members name and how they decided to violate my Title VII protections against religious discrimination. I need this information to open a formal complaint and legal case against the individuals who are denying my legally protected right to my religious expression.

I am affirming my offer of a reasonable accommodation to continue to work in the same manner as I have done for the past 11 months. I have done so effectively and efficiently. I am stating for the record that I do not intend to resign, nor will I agree to an unpaid absence. Both are violations of Title VII of the Civil Rights Act.

This is my appeal to your decision. I look forward to hearing from you.

Natalie Isensee

Biosimilar Account Specialist

Natalie.Isensee@amplity.com

Disclaimer: The information in this email and any attachments may contain proprietary and confidential information that is intended for the addressee(s) only. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, retention or use of the contents of this information is prohibited. If you are a party with whom we have a contractual relationship, any information contained in this e-mail or any attachments is subject to the terms and conditions in the governing contract between us. If you are the intended recipient but our relationship is not governed by contract, then this email and its attachments are provided as-is and without warranty, and you may place no reliance thereon. If you have received this email in error, please immediately contact the sender and delete the email.



PLAINTIFF'S EXHIBIT 3

From: Karen McAndrews <karen.mcandrews@amplity.com>
Sent: Wednesday, November 24, 2021 11:49:11 AM
To: NATALIE ISENSEE <natalie.isensee@amplity.com>
Cc: Erica Smith <erica.smith@amplity.com>
Subject: RE: Mandate

Hi Natalie:

On 10/5, Amplity communicated our vaccination policy stating that we will continue to work with our clients on their vaccine requirements, protocols and timelines. Additionally it stated that anyone who does not meet the requirements would be place on unpaid leave and their status evaluated periodically. As you know, Organon shared their vaccination policy back in September.

On 11/12, I notified you of Amplity's inability to accommodate your request for exemption in your current role and reviewed the following information;

- To be eligible for an exception, you must first establish that your refusal to be vaccinated is based upon a sincere belief that is religious in nature. At that time, the Exemption Review Board did not believe this criteria was met. Note: On 11/15, I emailed you additional questions to review and respond to.

- However, I explained that even if your exemption request is approved, Amplity is not able to provide a reasonable accommodation for your current role.
    - The Biosimilar Account Specialist role requires regular in-person engagements with HCPs in medical offices and facilities to successfully perform in the job. Engaging in these interactions unvaccinated and on behalf of the company puts you and the company at great risk.
    - Targets in the role's territory require vaccination now or will require in the near future to access. These in-person visits are the primary mission of the company, and to avoid those visits would change the fundamental nature of the company and its services – leading to an undue hardship on Amplity.
    - In addition, effective November 24, Organon requires vaccination of Amplity employees representing their product before calling on health care facilities and physicians' offices.

- During our conversation, I also explained that you had 3 options to consider;
    - If you choose to respond to the additional questions and are able to obtain and approved exemption, Amplity will be happy to work with you on identifying a 100%-remote role at Amplity that you are qualified for.
    - There is also the opportunity to still get vaccinated; if interested, we will establish an urgent timeline to complete and determine if and for how long you can successfully complete your role remotely until fully vaccinated
    - If the first 2 suggestions are not options for you, we will take that as your voluntary resignation and partner on transition out of the company by Nov 24.



PLAINTIFF'S EXHIBIT 4

At this time, we not yet received the additional information requested regarding your religious exemption, or your intent regarding any of the options presented to you. As I had explained, we are happy to work with you on finding another job within Amplity that is 100% remote that you are qualified for. If this is the case, please let me know when you are available so we can set up time to understand your qualifications and review any roles that we may have open now or in the future for your consideration.

Again, as stated in on our policy, anyone who does not meet the vaccination requirements would be place on unpaid leave. Since you do not meet the requirements at this time, we have to place you on an unpaid leave, effective 11/29. You are able to use any accrued paid time off to bridge your compensation during this time. According to Workday, you have 65.95 hours of vacation time, and 8 hours of sick time. Please let us know if you would like to use that time.

Please note that we have received your email dated 11/23. The Review Board is working in good faith on behalf of the Company based on appropriate legal advice and if you have claims, you can bring them against the Company.

Thank you for your understanding as we work through next steps. As always, please feel to reach out to me at any time.

Best regards,

Karen

**From:** NATALIE ISENSEE
**Sent:** Wednesday, November 24, 2021 1:47 PM
**To:** Karen McAndrews <karen.mcandrews@amplity.com>
**Subject:** RE: Mandate

Karen,

Thank you for your response and for continuing to work with me on this matter. I apologize as I was unaware that you were waiting for my response about my religious exemption. In your email, you stated, "At this time, we have not yet received the additional information requested regarding your religious exemption." Can you please let me know what further information is needed? I would love to answer. Also, as I previously stated, I have contacted all my hospitals that I call on and they are all allowing their employees to file religious exemptions. Many of the employees that I have spoken with have been granted their religious exemption with terms of wearing a mask, testing weekly, or both. If these establishments allow their own employees to file for religious exemptions, then why can't I? I do not understand why I cannot be granted the same accommodations that my clients are allowing for their employees when I am in the same buildings. Also, I am still waiting for information regarding the exemption board members and why they concluded that my religious exemption was found too not be sincere.

Lastly, I would like to cash in my time on Workday. Please let me know how I can answer any further questions regarding my exemption that you may have.

Thanks,

Natalie Isensee



PLAINTIFF'S EXHIBIT 5

**From:** Karen McAndrews
**Sent:** Friday, December 10, 2021 6:49 PM
**To:** NATALIE ISENSEE <natalie.isensee@amplity.com>
**Cc:** Erica Smith <erica.smith@amplity.com>
**Subject:** RE: Check In

Hi Natalie:

I was hoping to speak with you over the phone, but I understand you were unavailable. I learned that R1952 was filled (the neuroscience role that was a non-Amplity position). Unfortunately, Amplity has no current openings that are 100% remote at this time. As we had discussed, there may be some openings in the future; however, we do not have an anticipated timeframe of when these may become available. I have learned that new openings we had anticipated are now on hold. I have forwarded your resume to the Talent Acquisition team and they will reach out when a role does become available that you are qualified for. With this in mind, Amplity is not able to keep you on an LOA indefinitely, therefore, Amplity has decided to end your employment, effective today, 12/10/21. Your benefits will continue through the end of the month. After that, you will be eligible to receive COBRA benefits. Please find attached a separation letter for further information. Thank you for your time working at Amplity. Our hope is that you will secure employment with us again in the near future. I wish you all the best.

Karen

**From:** NATALIE ISENSEE <natalie.isensee@amplity.com>
**Sent:** Friday, December 10, 2021 10:34 AM
**To:** Karen McAndrews <karen.mcandrews@amplity.com>
**Subject:** Check In

Good morning Karen,

Today is my last day of PTO. I have yet to hear back from you regarding next steps. Should I continue to look for an inside sales or remote role? I have yet to hear back about the roles we discussed. Also, when is unpaid leave up? When we spoke on the phone you said that it was currently extended to the end of December but would check to see if it could be extended to the end of January so that I could continue my benefits through the company. Is that still the case? I would appreciate this information so that I can have a better understanding of what my next steps need to be.

Thanks,

Natalie Isensee

Biosimilar Account Specialist


PLAINTIFF'S EXHIBIT 6