**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| NATALIE ISENSEE, | : | |
| | : | CASE NO. 3:22-cv-000370-TMR-CHG |
| | : | |
| Plaintiff | : | |
| v. | : | JUDGE THOMAS M. ROSE |
| | : | |
| | : | MAGISTRATE JUDGE CAROLINE H. |
| | : | GENTRY |
| AMPLITY, INC. | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

Please take notice that Donald G. Slezak of the law firm of Gordon Rees Scully Mansukhani, hereby enters his appearance for Defendant Amplity, Inc., in the captioned matter, in addition to David A. Campbell. Please include the undersigned on all future correspondence, orders, pleadings, and other communications pertaining to this case.

Respectfully submitted,

*/s/ Donald G. Slezak*
David A. Campbell (0066494)
Donald G. Slezak (0092422)
Gordon Rees Scully Mansukhani, LLP
600 Superior Ave., East, Suite 1300
Cleveland, OH 44114
Phone: (216) 302-2531
Fax: (216) 539-0026
dcampbell@grsm.com
dslezak@grsm.com

*Attorneys for Defendant*

1

## <u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing was filed with the Court and electronically served on counsel on September 23, 2024. Notice of this filing will be sent by electronic mail.

Respectfully submitted,

*/s/ Donald G. Slezak*
Donald G. Slezak (0092422)
Gordon Rees Scully Mansukhani, LLP

*Attorneys for Defendant*