# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| NATALIE ISENSEE | : | |
| Plaintiff, | : | Case No. 3:22-cv-370 |
| v. | : | Judge Thomas M. Rose |
| AMPLITY, INC., | : | |
| Defendant. | : | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A) and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Peter B. Silvain, Jr., ADR Coordinator, for the purpose of overseeing the mediation process.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, November 6, 2024.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

1