**CONFIDENTIAL MEDIATION STATEMENT**
**Peter B. Silvain, Jr.**
**United States Magistrate Judge**

Please submit this form to Silvain_Chambers@ohsd.uscourts.gov.  **Do not submit this form to the opposing party or counsel.**

**Date:** _____

**Case Number:** _____

**Party:** _____

**Attorney(s):** _____

**Nature of Case:**
(Please summarize your claim or defense.  Please expand on the information already provided to the extent you believe it will help prepare for the mediation.)


**Relevant Pleadings and/or Documents:**
(Please list and attach all relevant pleadings or other documents prepared by you or on your behalf that would assist the mediator in understanding this matter.)


**Witnesses:**
(List all persons who have knowledge of the facts and information material to the dispute.  For each witness listed, summarize the nature and scope of their testimony.  Identify expert witnesses with an asterisk*.)


**Other Interested Parties:**
(List all parties who have an interest or who may be involved in this matter.)


**Legal Issues:**
(Summarize and identify any legal issues, statutes, or case precedents that apply to this dispute.)


**Defenses and Counterclaims:**
(List any defenses and counterclaims asserted)

**Third Party Claims (if applicable):**



**Settlement Discussions:**
(Summarize your client's position and your understanding of the opposing party's response, including any offers/counteroffers made to date.  **This information will not be disclosed to the opposing party without permission.**)



**Damages and Valuation and Remedy Sought:**
What are the elements of damage claimed and/or in dispute and the remedy sought? (Please itemize)



**Expected Range of Judicial Awarded Remedy:**
If this dispute is tried in court, what is your best estimate of the range of the judicial awarded remedy?

High:  $ _____		Low:  $ _____

Other remedies:  _____



**Other Matters:**
(Please list any other matters or information pertinent to this dispute.)



Submitted by:  _____